UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND ERIC ZAHLER,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL MCCARTHY, et al.,<br><br>             Defendants. | NO.  CV-09-135-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS** |

On June 8, 2009, Magistrate Judge James P. Hutton filed a Report and Recommendation recommending that Plaintiff Raymond Eric Zahler's Motion for Temporary Restraining Order (Ct. Rec. 2) and Motion for Leave to Proceed *In Forma Pauperis* (Ct. Rec. 3) be denied.  There being no objections, the Court **ADOPTS** the Report and Recommendation (Ct. Rec. 12) in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* **(Ct. Rec. 2)** is **DENIED AS MOOT.**

2. Plaintiff's Motion for Temporary Restraining Order **(Ct. Rec. 3)** is **DENIED without prejudice** so that Plaintiff can, if he chooses, seek relief in the appropriate state court.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this_____3rd_____day of August 2009.


                    s/ Edward F. Shea
                      EDWARD F. SHEA
               UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\135.DA.RR.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS -- 2