UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND ERIC ZAHLER,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL MCCARTHY, et al.,<br><br>        Defendants. | NO. CV-09-135-JPH<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration of the Order closing his case (Ct. Rec. 19). This case was closed in error on July 2, 2009 (Ct. Recs. 14 and 15). It was, however, re-opened by Order dated July 7, 2009 (Ct. Rec. 16), and applicable deadlines were reinstated. Plaintiff has since filed a First Amended Complaint (Ct. Rec. 17), which will be reviewed separately for legal sufficiency.

The Honorable Edward F. Shea has subsequently adopted the Report and Recommendation to deny Mr. Zahler's Motions for Temporary Restraining Order and for Leave to Proceed *in forma pauperis* (Ct. Rec. 18). Mr. Zahler's Motion for Reconsideration is not dispositive of this case. Because the remedy he seeks has already been given to him, **IT IS ORDERED** the Motion for Reconsideration (Ct. Rec. 19) is **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to

ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT -- 1

enter this Order and forward a copy to Petitioner.

**DATED** this 20th day of August 2009.

                                    S/ James P. Hutton

                                    JAMES P. HUTTON

                              UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT -- 2