AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RAYMOND ERIC ZAHLER,

Plaintiff,

v.

MICHAEL MCCARTHY, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-135-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is DISMISSED in part with prejudice for failure to state a claim upon which relief may be granted in federal district court under 28 U.S.C. Sections 1915(e)(2) and 1915A(b)(1), but DISMISSED in part without prejudice to Plaintiff seeking appropriate remedies in the state courts regarding his criminal proceedings.

10/23/09
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White